**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 391 EAL 2018

:

Respondent          :

:   Petition for Allowance of Appeal from

:   the Order of the Superior Court

v.              :

:

:

JARON BROWN,        :

:

Petitioner        :


## ORDER


**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.